UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACQUELINE HARTMEN, ON BEHALF S.M. | CIVIL ACTION |
| VERSUS | NO. 17-13712 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "B"(1) |

## ORDER AND REASONS

On January 11, 2019 Counsel for Plaintiff filed an Objection to the Magistrate Judge's Report and Recommendation (Rec. Docs. 15 and 16), without a supporting memorandum. Local Civil Rule 72.2.

It appears that Plaintiff filed Rec. Doc. 16 as a placeholder until she was able to file another document entitled Plaintiff's Objections to Magistrate Judge's Report and Recommendation that included a supporting memorandum. (Rec. Doc. 17) The Clerk of Court deemed the latter objection as an untimely and deficient amendment to the original objection. (Rec. Doc. 17) A notice of deficient document was sent to Plaintiff giving a seven day period to correct the deficiency by seeking leave of court to file the amended objection.

In the exercise of our discretionary authority, we have considered Plaintiff's objection and supporting memorandum found at Rec. Docs. 16 and 17, along with the Magistrate Judge's Report and Recommendation, Rec. Doc. 15, all parties cross motions for summary judgment, Rec. Docs. 13 and14, the administrative record, Rec. Doc. 11, the record and applicable law.

In so doing, we find that the Administrative Law Judge (ALJ) correctly applied the relevant legal standards and substantial record evidence supports the decisions made by the ALJ and the Commissioner of the Social Security Administration (Commissioner); Accordingly,

**IT IS ORDERED** that:

(1) Plaintiff's objections are **OVERRULED**;

(2) The Magistrate Judge's Report and Recommendation are **ADOPTED** as the opinion of the court; Plaintiff's motion for summary judgment is **DENIED**; and Defendant Commissioner's cross motion for summary judgment is **GRANTED**, dismissing the captioned matter.

New Orleans, Louisiana, this 30th day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE